UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROY DEIMERLY,

    Plaintiff,

    v.

HAROLD W. CLARKE, *et al*,

    Defendants.

Case No. C06-5717 RJB/KLS

ORDER RENOTING PLAINTIFF'S MOTIONS FOR TEMPORARY RELIEF

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the court are Plaintiff's motions for temporary restraining order, motion to proceed without security and motion to order the seizure of evidence. (Dkt. # 11, 12 and 13). Plaintiff's motions were filed prior to the time Plaintiff was granted leave to proceed *in forma pauperis* and prior to service of the Complaint on Defendants. Accordingly, the court finds that motions should be re-noted to allow for service upon Defendants of the Complaint.

    Accordingly, the Clerk of the Court is directed to **re-note** Plaintiff's motions for temporary restraining order (Dkt. # 11), to proceed without security (Dkt. # 12) and for seizure of evidence (Dkt. # 13) until **June 15, 2007.** The Clerk is directed to send copies of this Order to Plaintiff and any Defendants who have appeared of record.

ORDER - 1

1

2    DATED this 14th day of March, 2007.

3

4

5

                                          Karen L. Strombom
6                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER - 2