UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY DEIMERLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD CLARKE, *et al.*,<br><br>　　　　Defendants. | Case No. C06-5717 RJB/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION |

　　　　Presently noted for consideration on June 15, 2007 are Plaintiff's motions for temporary restraining order, motion to proceed without security and motion to order the seizure of evidence (Dkt. # 11, 12 and 13). Plaintiff's motions were re-noted by the Court in March, 2007 (Dkt. # 19) as their filing pre-dated service of the Plaintiff's Complaint on the Defendants. Plaintiff has now filed a "motion for extension of time re: deficiencies." (Dkt. # 30). Although it is unclear what "deficiencies" Plaintiff wishes to address, Plaintiff bases his motion on his recent transfer and the delivery of his legal documents to his new location. (*Id.*) Defendants have filed no opposition to Plaintiff's motion. Plaintiff also requests a copy of the docketing sheet in this case. (*Id.*).

　　　　The Court finds that there is no showing of prejudice to Defendants by the short continuance and that Plaintiff should be granted a continuance within which to file a reply to Defendants'

ORDER - 1

1  response to Plaintiff's outstanding motions.  Plaintiff's motion for continuance (Dkt. # 30) is
2  therefore, **GRANTED for that purpose**; Plaintiff may file his reply to Defendants' response (Dkt. #
3  31) on or before **July 20, 2007.**
4      The Clerk of the Court is directed to **re-note** Plaintiff's motions (Dkt. # 11, 12 and 13) for
5  **July 20, 2007.**
6      The Clerk is directed to send a copy of the docket to Plaintiff and copies of this Order to
7  Plaintiff and counsel for Defendants.

9      DATED this 2nd day of July, 2007.

                                          Karen L. Strombom
                                          United States Magistrate Judge

26  ORDER - 2