UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROY DEIMERLY,

    Plaintiff,

v.

HAROLD CLARKE, *et al.*,

    Defendants.

Case No. C06-5717 RJB/KLS

AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION

    Presently noted for consideration on July 20, 2007 are Plaintiff's motions for temporary restraining order, motion to proceed without security and motion to order the seizure of evidence (Dkt. # 11, 12 and 13). Plaintiff's motions were re-noted by the Court in March, 2007 (Dkt. # 19) as their filing pre-dated service of the Plaintiff's Complaint on the Defendants. Plaintiff filed a "motion for extension of time re: deficiencies." (Dkt. # 30). Although it was unclear what "deficiencies" Plaintiff wishes to address, Plaintiff bases his motion on his recent transfer and the delivery of his legal documents to his new location. (*Id*.) Defendants have filed no opposition to Plaintiff's motion. Plaintiff also requested a copy of the docketing sheet in this case. (*Id*.).

    As the Court found that there was no showing of prejudice to Defendants by the short continuance, it granted the continuance and re-noted Plaintiff's outstanding motions until July 20,

ORDER - 1

1  2007.  (Dkt. # 33).  However, due to an oversight, the Clerk of the Court sent the Order to the
2  Plaintiff's former address at the Stafford Creek Corrections Center.  To ensure that Plaintiff has
3  received proper notice of the Court's Order, the Court is again order that the motions be re-noted.
4      Accordingly, it is **ORDERED** that Plaintiff's motion for continuance (Dkt. # 30) is
5  therefore, **GRANTED;** Plaintiff may file his reply to Defendants' response (Dkt. # 31) on or before
6  **September 7, 2007.**
7      The Clerk of the Court is directed to **re-note** Plaintiff's motions (Dkt. # 11, 12 and 13) for
8  **September 7, 2007.**  The Clerk is directed to send a copy of the docket to Plaintiff at his new
9  address: MCC/SOU, P. O. Box 514, Monroe, Washington 98272-0514, and to counsel for
10 Defendants.

12     DATED this 22 day of August, 2007.

15 Karen L. Strombom
16 United States Magistrate Judge

26 ORDER - 2