UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROY DEIMERLY,

    Plaintiff,

    v.

HAROLD W. CLARKE, *et al.*,

    Defendants.

Case No. C06-5717 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motions for temporary restraining order (Dkt. # 11), to proceed without security (Dkt. # 12), and to order the seizure of evidence (Dkt. # 13) are **DENIED**; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 2nd day of October, 2007.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 1